# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMIAN E. OWENS A/K/A DAMION
OWENS

NO. 2022 KW 0452

**AUGUST 2, 2022**

---

In Re:   Damian E. Owens a/k/a Damion Owens, applying for
         supervisory writs, 22nd Judicial District Court,
         Parish of Washington, No. 18-CR10-137893.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the guilty plea and sentencing transcript, his original bill of information, the transcript of the habitual offender adjudication proceedings, and all the relevant criminal court minutes which would assist with addressing relator's claims that the State violated his Sixth Amendment right to a speedy trial by failing to file the multiple offender bill and hold a hearing thereon in a timely manner. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. If relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_a.S.,()_
_____
DEPUTY CLERK OF COURT
    FOR THE COURT